ARTHUR A. BALLANTINE, as Trustee of CONTINENTAL SECURITIES CORPORATION, Respondent, v. VINCENT E. FERRETTI and Others, Defendants, Impleaded with REYNOLDS INVESTING COMPANY, INC., FIRST INCOME TRADING CORPORATION and RALPH H. ROBB, Respondents, and CLARENCE K. REYNOLDS and Others, Appellants. JOHN GERDES and Another, Trustees of REYNOLDS INVESTING Co., INC., Debtor, Respondents, v. CLARENCE K. REYNOLDS and Others, Appellants,

Impleaded with ARTHUR A. BALLANTINE, as Trustee of CONTINENTAL SECURITIES CORPORATION, Respondent, and Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondents Arthur A. Ballantine, as trustee, etc., and First Income Trading Corporation. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.